AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

STEPHANIE WAGNER,

         *Plaintiff,*

         v.

NEW ERA RELOCATION LLC, MOVING SOLUTIONS LLC, GOLD STANDARD RELOCATION, MEDE KARIMOV A/K/A MEDETBEK KARIMOV, THOMAS GALCZYNSKI, JENNIFER BLAKE, SAMMI "DOE", RYAN F "DOE", RELOCATE US LLC and MARGARET BOVARD DRAYTON a//k/a MAGGIE DRAYTON ,

         *Defendants.*

Civil Action No.   21-CV-7092

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   -**New Era Relocation LLC**, **Mede Karimov a/k/a Medetbek Karimov ,Thomas Galczynski, Jennifer Blake, Sammi "Doe", Ryan F :DOE"** at 111 North 3rd Street, Smithfield NC 27577 with emails at info@newerarelollc.com, sammi@newerarelollc.com; garrin@newerarelollc.com; jennifer@newerarelollc.com, ryanf@goldstandardrelocation.com
-**Gold Standard Relocation LLC** , 935 N Beneva Rd St 609-1021, Sarasota FL 34232, Goldstandardrelocation@gmail.com; ryanf@goldstandardrelocation.com

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address is:   Susan Chana Lask, Esq., 244 Fifth Avenue, Suite 2369, New York, NY 10001
            (e-filing service on Pacer is accepted)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  *CLERK OF COURT*

Date:   12/23/21                                        /s Clerk
                                                             *Signature of Clerk or Deputy Clerk*