# Exhibit A

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L16000216043
FILED 8:00 AM
November 28, 2016
Sec. Of State
mtmoon

## Article I

The name of the Limited Liability Company is:

LIBERTY BELL MOVING GROUP LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

600 GOODWIN ROAD
NEW SMYRNA BEACH, FL.   32132

The mailing address of the Limited Liability Company is:

600 GOODWIN ROAD
NEW SMYRNA BEACH, FL.   32132

## Article III

The name and Florida street address of the registered agent is:

MARGARET B DRAYTON
1920 MICHIGAN AVE
APT 6
MIAMI BEACH, FL.   33139

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARGARET DRAYTON

# Article IV

The name and address of person(s) authorized to manage LLC:

L16000216043
FILED 8:00 AM
November 28, 2016
Sec. Of State
mtmoon

Title:  MGR
MARGARET B DRAYTON
1920 MICHIGAN AVE. APT 6
MIAMI BEACH, FL.  33139

# Article V

The effective date for this Limited Liability Company shall be:

11/27/2016

Signature of member or an authorized representative

Electronic Signature: MARGARET DRAYTON

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.