# Exhibit B

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L18000092268
FILED 8:00 AM
April 12, 2018
Sec. Of State
wapainter

## Article I

The name of the Limited Liability Company is:

GOLD STANDARD RELOCATION LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

5342 CLARK ROAD
1009
SARASOTA, FL. US  34233

The mailing address of the Limited Liability Company is:

5342 CLARK ROAD
1009
SARASOTA, FL. US  34233

## Article III

The name and Florida street address of the registered agent is:

MARGARET DRAYTON
5342 CLARK ROAD
1009
SARASOTA, FL.  34233

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   MARGARET DRAYTON

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
MARGARET DRAYTON
6296 S. RIDGEWOOD AVE
PORT ORANGE, FL. 32127

Title: MGR
PATRICK CAPOZZOLI
1910 S RIDGEWOOD AVE
SOUTH DAYTONA, FL. 32119

L18000092268
FILED 8:00 AM
April 12, 2018
Sec. Of State
wapainter

## Article V

The effective date for this Limited Liability Company shall be:

04/11/2018

Signature of member or an authorized representative

Electronic Signature: MARGARET DRAYTON

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.