# Exhibit C

# L16000216043

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600315391036

07/09/18--01024--006  **25.00

FILED 2018 JUL -9 PM 12:19
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

7/3/18

# COVER LETTER

TO:   Registration Section
      Division of Corporations

SUBJECT: __Liberty Bell Moving Group LLC__
              Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

__Margaret Drayton__
Name of Person

__Liberty Bell Moving Group LLC__
Firm/Company

__454 Yonge St. Suite E__
Address

__Ormond Beach, FL 32174__
City/State and Zip Code

__maggiedrayton@yahoo.com__
E-mail address (to be used for future annual report notification)

For further information concerning this matter, please call:

__Margaret Drayton__ at (__401__) __486-2203__
Name of Person          Area Code   Daytime Telephone Number

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee   ☐ $30.00 Filing Fee &   ☐ $55.00 Filing Fee &   ☐ $60.00 Filing Fee,
                        Certificate of Status      Certified Copy           Certificate of Status &
                                                   (additional copy is enclosed)   Certified Copy
                                                                                   (additional copy is enclosed)

MAILING ADDRESS:                    STREET/COURIER ADDRESS:
Registration Section                Registration Section
Division of Corporations            Division of Corporations
P.O. Box 6327                       Clifton Building
Tallahassee, FL 32314               2661 Executive Center Circle
                                    Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

__LIBERTY BELL MOVING GROUP LLC__
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __11/28/2018__ and assigned Florida document number __L18000216043__

This amendment is submitted to amend the following:

A. **If amending name, enter the new name of the limited liability company here:**

__LB MOVING GROUP LLC__

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

B. **If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____
Enter Florida street address

_____, Florida _____
City                                              Zip Code

FILED 2018 JUL 19 PM 12: TALLAHASSEE, FLORIDA

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, **Signature of New Registered Agent**

Page 1 of 3

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:

MGR = Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |
|  |  | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
|  |  | _____ | ☐ Remove |
|  |  | _____ | ☐ Change |

[Stamp: FILED 2018 JUL -9 PM 12:15 TALLAHASSEE, FLORIDA]

D. If amending any other information, enter change(s) here: *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*[FILED stamp: 2018 JUL -9 PM 12:19, Secretary of State, Tallahassee, Florida]*

E. Effective date, if other than the date of filing: _____ (optional)
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b) The 90th day after the record is filed.

Dated ___7·5·2018___

_____[signature]_____
Signature of a member or authorized representative of a member

___MARGARET DRAYTON___
Typed or printed name of signee

Page 3 of 3

**Filing Fee: $25.00**