# Exhibit D

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G18000077344

**Fictitious Name to be Registered:** GOLD STANDARD RELOCATION LLC

**Mailing Address of Business:**  5342 CLARK ROAD, SUITE 1009
SARASOTA, FL  34233

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:** 82-5151626

**FILED
Jul 16, 2018
Secretary of State**

**Owner(s) of Fictitious Name:**

LB MOVING GROUP LLC
454 SOUTH YONGE ST
ORMOND BEACH, FL  32174
Florida Document Number: L16000216043
FEI Number: 81-4569938

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| MARGARET DRAYTON | 07/16/2018 |
|---|---|
| Electronic Signature(s) | Date |

Certificate of Status Requested (  )        Certified Copy Requested (  )