# Exhibit E

L16000216093

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300324614333

02/21/19--01007--009   **25.0



R. WHITE

FEB 2 6 2019

# COVER LETTER

TO:   **Registration Section**
      **Division of Corporations**

SUBJECT:   L B Moving Group
_____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Margaret Drayton
_____
Name of Person

LB Moving Group LLC
_____
Firm/Company

454 S. Yonge Street    Suite E
_____
Address

Ormond Beach  FL  32174
_____
City/State and Zip Code

maggiedrayton@yahoo.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Margaret Drayton            at ( 401 )  486 - 2203
_____
Name of Person                Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee      ☐ $30.00 Filing Fee &        ☐ $55.00 Filing Fee &          ☐ $60.00 Filing Fee,
                            Certificate of Status          Certified Copy                 Certificate of Status &
                                                           (additional copy is enclosed)   Certified Copy
                                                                                          (additional copy is enclosed)

**MAILING ADDRESS:**                    **STREET/COURIER ADDRESS:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           Clifton Building
Tallahassee, FL 32314                   2661 Executive Center Circle
                                        Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
### OF



**FILED**

2019 FEB 21 PM 3: 44

SECRE........ ...TATE
..SSEE, FL

L B Moving Group LLC

(Name of the Limited Liability Company as it now appears on our records.)

(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _____ and assigned

Florida document number  L 16 000 216 043

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

Relocate US LLC

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____

Enter Florida street address

_____, Florida _____

City                                          Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____

If Changing Registered Agent, **Signature of New Registered Agent**

**Page 1 of 3**

If amending **Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being a</u> <u>or removed from our records</u>:**

**MGR =   Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ *(optional)*

(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605 0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.


If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated  2/18/2019 _____  .  _____

_____
Signature of a member or authorized representative of a member

_____  Margaret Drayton _____
Typed or printed name of signee


**Page 3 of 3**

**Filing Fee:  $25.00**