# Exhibit F

# L18000092268

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



400330200134

06/10/19--01013--003  **25.00

FILED 19 JUN 10 AM 9: 13
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

JUN 22 2019
T SCHROEDER

# ARTICLES OF AMENDMENT
# TO
# ARTICLES OF ORGANIZATION
# OF

__Gold Standard Relocation LLC__
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __4/12/18__ and assigned Florida document number __L18000092268__.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

__Moving Solutions LLC__

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:    __933 Beville Rd__
*(Principal office address MUST BE A STREET ADDRESS)*    __Unit 101 H + K__
__South Daytona FL 32119__

Enter new mailing address, if applicable:
*(Mailing address MAY BE A POST OFFICE BOX)*

FILED JUN 10 AM 9:13 SECRETARY OF STATE TALLAHASSEE FLORIDA

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address: _____
*Enter Florida street address*

_____, Florida _____
          City                              Zip Code

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 3

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:

MGR = Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |
| _____ | _____ | _____ | ☐ Add |
| | | _____ | ☐ Remove |
| | | _____ | ☐ Change |

Stamp: FILED JUN 10, SECRETARY OF STATE, TALLAHASSEE, FLORIDA

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

name change to: Moving Solutions LLC

FILED 19 JUN 10 AM 9 13 SECRETARY OF STATE TALLAHASSEE, FLORIDA

**E. Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated __June 5__, __2019__.

_____
Signature of a member or authorized representative of a member

__Margaret Drayton_____
Typed or printed name of signee

Page 3 of 3

**Filing Fee: $25.00**