# Exhibit G

# L16000 216043

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000332682440

08/12/19--01031--026  **35.00

AUG 15 2019
S. YOUNG

FILED
19 AUG 12 AM 9:06
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# COVER LETTER

TO: Registration Section
Division of Corporations

SUBJECT: __Relocate US LLC__
            Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

__Margaret Drayton__
         Name of Person

__Relocate US LLC__
         Firm/Company

__933 Beville Rd Unit 101 H__
         Address

__Southdaytona  FL  32119__
         City, State and Zip Code

__Maggiedrayton@yahoo.com__
         Email

For further information concerning this matter, please call:

__Margaret Drayton__  at ( __401__ ) __486-2203__
    Name of Person             Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☑ $25.00 Filing Fee    ☐ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                          Certificate of Status      Certified Copy              Certificate of Status &
                                                     (additional copy is enclosed)   Certified Copy
                                                                                 (additional copy is enclosed)

MAILING ADDRESS:                     STREET/COURIER ADDRESS:
Registration Section                 Registration Section
Division of Corporations             Division of Corporations
P.O. Box 6327                        Clifton Building
Tallahassee, FL 32314                2661 Executive Center Circle
                                     Tallahassee, FL 32301

TO
ARTICLES OF ORGANIZATION
OF

___Relocate US LLC___
(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __11/28/2016__ and assigned Florida document number __L16000216043__.

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:    933 Beville Rd
(*Principal office address MUST BE A STREET ADDRESS*)    Unit 101 H
                                                          South Daytona, FL 32119

Enter new mailing address, if applicable:
(*Mailing address MAY BE A POST OFFICE BOX*)    Same

FILED 19 AUG 12 AM 8:08 SECRETARY OF STATE TALLAHASSEE, FLORIDA

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent: _____

New Registered Office Address:   933 Beville Rd   Unit 101 H
                                  *Enter Florida street address*

                                  South Daytona _____ Florida 32119
                                  *City*                        *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, Signature of New Registered Agent

Page 1 of 3

or removed from our records:

MGR = Manager
AMBR = Authorized Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGR | Margaret Drayton | 933 Beville Rd Unit 101 H South Daytona FL 32119 | ☐ Add ☐ Remove ☒ Change of Address |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

E. Effective date, if other than the date of filing: _____ (optional)
   (If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605-0207 (3)(b)
   **Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated __August 7th__, __2019__.

_____ _Signature_ _____
Signature of a member or authorized representative of a member

_____ __Margaret Drayton__ _____
Typed or printed name of signer

Page 3 of 3

Filing Fee: $25.00