# Exhibit H

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G19000094028

**Fictitious Name to be Registered:** FAST-TRUCKING

**Mailing Address of Business:** 933 BEVILLE ROAD
101H
SOUTH DAYTONA, FL  32119

**Florida County of Principal Place of Business:** MULTIPLE

**FEI Number:**

**FILED
Aug 28, 2019
Secretary of State**

**Owner(s) of Fictitious Name:**

RELOCATE US LLC
933 BEVILLE ROAD, 101H
SOUTH DAYTONA, FL  32119
Florida Document Number: L16000216043
FEI Number: 81-4569938

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| MARGARET DRAYTON | 08/28/2019 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )**       **Certified Copy Requested ( )**