# Exhibit I

# APPLICATION FOR REGISTRATION OF FICTITIOUS NAME

REGISTRATION# G20000059330

**Fictitious Name to be Registered:** NEW ERA RELOCATION LLC

**Mailing Address of Business:** 933 BEVILLE RD
UNIT 101 H
SOUTH DAYTONA, FL  32119

**Florida County of Principal Place of Business:** VOLUSIA

**FEI Number:**

**FILED**
**May 28, 2020**
**Secretary of State**

**Owner(s) of Fictitious Name:**

RELOCATE US LLC
933 BEVILLE RD UNIT 101 H
SOUTH DAYTONA, FL  32119    US
Florida Document Number: L16000216043
FEI Number: 81-4569938

I the undersigned, being an owner in the above fictitious name, certify that the information indicated on this form is true and accurate. I further certify that the fictitious name to be registered has been advertised at least once in a newspaper as defined in Chapter 50, Florida Statutes, in the county where the principal place of business is located.  I understand that the electronic signature below shall have the same legal effect as if made under oath and I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s. 817.155, Florida Statutes.

| MARGARET DRAYTON | 05/28/2020 |
|---|---|
| Electronic Signature(s) | Date |

**Certificate of Status Requested ( )**    **Certified Copy Requested ( )**