# Exhibit J

**Subject**: Thank you from Gold Standard Relocation
**From**: Gold Standard Relocation <info@goldstandardrelocation.com>
**To**: everlatchinglove@gmail.com
**Date Sent**: Saturday, November 14, 2020 6:36:13 AM GMT-10:00
**Date Received**: Saturday, November 14, 2020 6:41:51 AM GMT-10:00



Hello Stephanie Wagner,

Thank you for choosing **Gold Standard Relocation** for all of your moving needs. Luckily this is a route the drivers run 2-3 times per week, so I know I can save you up to 60-70% on your upcoming moving costs. I will be sure to have some one reach out to you regarding your upcoming move and the maximum savings available. We can't wait to speak with you.

Click on this link **3389723** to fill in your inventory and we will get back to you shortly with your moving quote.

Thank you for your business!

Your Moving Consultant

**Gold Standard Relocation Service: 941-417-4827** US DOT: 3122941 MC: 88982
https://goldstandardrelocation.com/

**Subject**: VOICEMAIL
**From**: Ryan F <ryanf@goldstandardrelocation.com>
**To**: Ryan Fahnestock <ryanf@goldstandardrelocation.com>
**Bcc**: everlatchinglove@gmail.com
**Date Sent**: Monday, November 16, 2020 11:45:43 AM GMT-10:00
**Date Received**: Monday, November 16, 2020 11:45:54 AM GMT-10:00

Hey There, Happy Monday!!!

I hope this email finds you well and that you're having a great day! I just wanted to shoot you a quick email and let you know that I have a truck that is doing a storage unit drop off about 30-35 miles from you, with flexible dates.

Right now we don't have anything in between and this truck is VERY high on my priority list. I DO NOT want the truck to drive back empty. If we could pair your pickup with this drop off it will save you quite a bit of money on your upcoming move, like 50-70% off. I will be in the office all day if you can give me a call, we can go over the details and build you a unique 'Binding To Not Exceed' Estimate.

If you do not have time to chat, just shoot me an email with your inventory list, and I can get you a quote that way too. Whatever way works best for you! My direct phone number is 904-364-0156. I hope that you have a great week!

Use Promo Code #2020 for an additional 10% off of your estimate.

Best,

**Ryan F.**
Logistics Manager
904-364-0156
DOT number: 3122941
[Gold Standard Relocation](#)
"The New Moving Standard"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---------- Forwarded message ---------
From: **Garin Combs** <garin@goldstandardrelocation.com>
Date: Wed, Dec 16, 2020, 12:44
Subject: Original estimate 11/25
To: <everlatchinglove@gmail.com>

Electronic Signature:

Electronic Signature I hereby confirm my acceptance of the following terms and conditions by applying my electronic signature which carries the same enforceable and validity as a physical signature, and I understand that this document is available in physical form upon my request. I hereby consent to provide my authorization for this payment and acceptance of these terms electronically. CANCELLATION POLICY: I understand that payments are collected in installments for each portion of service rendered, with my final payment due at delivery. I understand that any payments made to Gold Standard Relocation LLC are subjected to the cancellation policy herein described. I understand and accept that I have 72 hours from the date and time this reservation is placed to cancel this shipment in return for a full refund, and I understand this cancellation must be made in writing by email as described below. I understand and agree that if I cancel this shipment beyond 72 hours of this reservation booking, prior payments collected will not be refunded. However you can elect to place your move on hold and utilize your deposit for a period of up to 18 months towards this move or a future move of a friend or family member. The deposit may increase or decrease depending on dates and locations. Last-minute shipments booked/reserved within 7 business days of the scheduled loading date are considered nonrefundable, if a last-minute shipment is cancelled no refund or credit will be issued. My signature below confirms that I have received and agreed to this proper disclosure and I understand the terms and conditions presented. This is a binding legal agreement for service, and I understand that in order to cancel this service I must do so in writing to info@goldstandardrelocation.com. Cancellations must be made in writing by email as described, verbal cancellations are not accepted.

☐
Signature Name: **Stephanie Wagner**
Signature Email: **everlatchinglove@gmail.com**
Signature Date: **Wednesday, 11/25/2020 - 12:17:11 EST.**
Signature IP Address: **96.224.193.205**
Internet Browser: **Chrome**

---



| Binding Moving Estimate | | Reference No: **B3389723** |
|---|---|---|
| **Gold Standard Relocation** <br> **2630 W BROWARD BLVD SUITE 203-332** <br> **FORT LAUDERDALE, FL 33312** <br> **US DOT: 3122941   MC: 88982** | Customer Rep: <br> Phone: <br> Direct: <br> Fax: | Ryan <br><br> 904-364-0156 <br> 941-296-7495 |

|  |  |
|---|---|
| Email: | ryanf@goldstandardrelocation.com |
| Web: | https://goldstandardrelocation.com/ |

| Moving From | Moving To |
|---|---|
| **Stephanie Wagner**<br>181 East 119th Street<br>Apartment, Floor: 8 , Apt. #: 8B<br>New York, NY 10035<br>Phone: 571-212-7673<br><br>everlatchinglove@gmail.com | **Stephanie Wagner**<br>Storage<br>Asheville, NC 28806 |

### Extra Stop / Notes

Customer would prefer to have pickup on the 17th of December.

| Relocation Details | | Relocation Estimate | |
|---|---|---|---|
| **Job No:** | **B3389723** | Total Tariff | $4030.00 |
| **Estimate Date:** | 11/25/2020 | **Tariff Discount: 51.17%** | **-$2062.00** |
| **Representative:** | Ryan | Basic Estimate Price | $1968.00 |
| **Move Type:** Residential | Long Distance, 707 miles | Fuel Surcharge: 9.00 % | $177.12 |
| **Estimated Volume:** | 492 cf. (3444 lbs) | 30 Days Of Free Storage And Re-Delivery | $0.01 |
| **Estimated Rate:** | $4.00 per cf | 30 Extra Days Of Storage | $172.00 |
| **Move Day:** | **Wednesday/Thursday** | Admin. | $189.45 |
| **Requested Move Date:** | **12/16/2020-12/17/2020** | Packing Materials | $15.00 |
| **Reference By:** | TRUCK | **Storage Discount-Essential Worker-First Responder Discount** | **- $308.45** |
| **Created on:** | 11/14/2020 | Basic Valuation Protection:<br>$0.60 per lbs. per article | $0.00 |
|  |  | Total Moving Estimate | $2213.13 |
|  |  | **Customer Payment (binding estimate fee)** | **$813.13** |

| Full Value Protection Amount of Liability: $20,664.00 (Optional) | | | | | | |
|---|---|---|---|---|---|---|
| **Deductible Levels:** | $0 | $250 | $500 | $750 | $1000 | $1500 |
| **Valuation Charge:** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Estimate Plus Valuation Charge:** | $2213.13 | $2213.13 | $2213.13 | $2213.13 | $2213.13 | $2213.13 |
| **Customer's Initials:** | x_____ | x_____ | x_____ | x_____ | x_____ | x_____ |

**WARNING:** If a moving company loses or damages your goods, there are 2 different standards for the company`s liability based on the types of rates you pay. **BY FEDERAL LAW, THIS FORM MUST CONTAIN A FILLED-IN ESTIMATE OF THE COST OF A MOVE FOR WHICH THE MOVING COMPANY IS LIABLE FOR THE FULL (REPLACEMENT) VALUE OF YOUR GOODS** in the event of loss of, or damage to, the goods. This form may also contain an estimate of the cost of a move in which the moving company is liable for **FAR LESS** than the replacement value of your goods, typically at a lower cost to you. You will select the liability level later, on the bill of lading (contract) for your move. Before selecting a liability level, please read Your Rights and Responsibilities When You Move, and Ready to Move Brochure provided by the moving company, and seek further information at the government website www.protectyourmove.gov

### Understanding Your Estimate

Customer will need Storage for about 6 months. Customer will need a C.O.I to give to her apartment building so that the movers will be able to enter. Customer would prefer to have pickup on the 17th of December.

Long Distance Moving

This is an agreement between the customer listed above and **Gold Standard Relocation LLC.**, all pricing is based on the inventory list intended for shipment as provided, detailed, and disclosed by the

shipper. Gold Standard Relocation LLC is a moving broker (Fla. Broker Reg. No **3122941**) who is hired by the shipper to determine the estimated and binding price to transport their listed and disclosed items only, and to then broker that specified shipment to a licensed transporting carrier that agrees to service the shipment reserved at the price agreed. Shipping cost is determined by the list of items to be transported as disclosed by the shipper. Gold Standard Relocation LLC provides binding price estimates based on the inventory and services disclosed and provided by the shipper. The shipper is herein aware that items not listed or disclosed are not provided or included in this binding estimate. It is important that the shipper include all items intended for transport, the accuracy of our estimates is solely based on the accuracy of the inventory provided by the shipper.

Parol Evidence Rule:

As herein defined, the Parol Evidence Rule states that both parties put their agreement in writing, and all previous verbal statements come together in this writing, and this written contract cannot be changed or modified by parol (oral) evidence. In other words, once this contact is accepted this written agreement takes precedence over any verbal descriptions made by Gold Standard Relocation LLC through the process.

This estimate includes the following:

- Professional moving services.
- Expert advice and guidance throughout the course of your move.
- Disassemble of all standard furniture required for safe movement at the origin.
- Reassembly for all items disassembled by the movers on the day of pick-up at destination.
- Wrapping of all furniture with quilted moving blankets.
- Itemized inventory indicating condition at origin of items.
- Loading & unloading of all goods.
- All transportation, taxes, tolls, mileage, and fuel surcharges.
- Standard cargo protection up to $10,000 based on 0.60 cents per lb. per article; if selected at the time the estimate is prepared, estimated cost of the full value protection option at varying deductible levels (these are only estimates and the actual cost is determined by your selection on the carrier's bill of lading according to carrier's tariff).
- No elevator charges.
- No charge for packing tape and moving pads.
- No date change penalties for requests that are made 5 business days prior to the first available pickup date.

Additional fees and Accessorial Services (if applicable to the move):

- If not included within the agreement, professional packing services are not included. However, it is at the discretion of the mover at the time of pickup to determine if items will require professional packing services. In these instances, additional charges will be applied. These items include but are not limited to the following: televisions, mirrors, glass tabletops, wall art, contents within dresser drawers, etc.
- Packing supplies, such as bubble wrap, shrink wrap, boxes, etc. are not included
- Items being transported that are not stackable, are considered Bulky items. A Bulky item charge

will apply for those not stackable items, as deemed by the mover at the time of pickup.

- If there is more than one flight of stairs at your origin and (or) destination which require the movers to transport items beyond the first flight, there will be a charge of $75 per additional flight. There will be no charge for the first flight of stairs at either the origin or destination.

- Most movers within the Gold Standard Relocation LLC. network perform the pickup and delivery using a tractor trailer (18 wheeler). Drivers must have the ability to park within 75 feet at both the origin and destination points to avoid long carry charges. Depending on the size of the job, long carry charges start at $150.00. If the tractor trailer cannot park within a reasonable distance, shuttle services may be required. Shuttle services begin at $300.00.

**TERMS AND CONDITIONS**:

1. THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE TERMS AND CONDITIONS CONTAINED HEREIN, REPRESENTS THE ENTIREUNDERSTANDING AND AGREEMENT BETWEEN GOLD STANDARD RELOCATION LLC., (HEREAFTER GOLD STANDARD RELOCATION LLC.) AND CUSTOMER WITH RESPECT TO THE SUBJECT MATTER HEREOF AND SUPERSEDES ALL OTHER NEGOTIATIONS, UNDERSTANDINGS AND REPRESENTATIONS (IF ANY) MADE BY AND BETWEEN SUCH PARTIES, INCLUDING ANY REPRESENTATIONS MADE BY ANY ESTIMATOR. IN THE EVENT OF ANY CONFLICT BETWEEN THE TERMS OF ANY ESTIMATE AND THE BILL OF LADING, THE TERMS OF THE BILL OF LADING SHALL CONTROL. THIS AGREEMENT MAY NOT BE AMENDED, SUPPLEMENTED OR WAIVED ORALLY, BUT ONLY IN WRITING, SIGNED BY BOTH GOLD STANDARD RELOCATION LLC. AND CUSTOMER AND MAKING SPECIFIC REFERENCE TO THIS AGREEMENT.

2. CUSTOMER MAY NOT ASSIGN ITS RIGHTS OR OBLIGATIONS UNDER THIS AGREEMENT WITHOUT THE PRIOR WRITTEN CONSENT OF GOLD STANDARD RELOCATION LLC.

3. NOTHING IN THIS AGREEMENT, WHETHER EXPRESSED OR IMPLIED, IS INTENDED TO CONFER ANY RIGHTS OR REMEDIES ON ANY PERSON OTHER THAN THE PARTIES HERETO AND THEIR RESPECTIVE LEGAL REPRESENTATIVES, HEIRS AND PERMITTED ASSIGNS, NOR IS ANYTHING IN THIS AGREEMENT INTENDED TO RELIEVE OR DISCHARGE THE OBLIGATION OR LIABILITY OF ANY THIRD PERSON TO ANY PARTY TO THIS AGREEMENT, NOR SHALL ANY PROVISION GIVE ANY THIRD PERSON ANY RIGHT OF SUBJUGATION OR ACTION OVER OR AGAINST ANY PARTY TO THIS AGREEMENT.

4. CUSTOMER HAS HIRED GOLD STANDARD RELOCATION LLC. AS A MOVING COORDINATOR/SHIPPER AGENT/BROKER AND NOT TO HANDLE OR OTHERWISE PARTICIPATE IN A MOVE AS A CARRIER IN ACTING AS A SHIPPER AGENT ONLY, GOLD STANDARD RELOCATION LLC. IS NOT RESPONSIBLE FOR ANY ACTS OR OMISSIONS OF THE CARRIER OR ITS EMPLOYEES OR AGENTS. CUSTOMER MUST PURSUE THE CARRIER FOR ALL CLAIMS FOR PROPERTY DAMAGE AND PERSONAL INJURY OR DEATH, INCLUDING WITHOUT LIMITATION, ANY CLAIMS FOR DAMAGE TO PROPERTY, LOST OR STOLEN GOODS, DELAYED PICKUP OR DELIVERY, ACTIONS OF ESTIMATORS, DRIVERS, PACKERS OR MOVERS, OR OTHER TYPES OF CLAIMS. GOLD STANDARD RELOCATION LLC. WILL ACT ON BEHALF OF THE CUSTOMER IN RESOLVING ANY CLAIMS OR DELAY ISSUES WITH THE CARRIER. THE CARRIER'S MAXIMUM LIABILITY IS LIMITED TO THE LESSER OF THE FOLLOWING: (A) THE AMOUNT OF THE ACTUAL LOSS OR DAMAGE, (B) AN AMOUNT EQUAL TO SIXTY CENTS (60 CENTS) PER POUND MULTIPLIED BY THE ACTUAL WEIGHT (IN POUNDS) OF THE LOST OR DAMAGED ARTICLE; OR (C) THE LUMP SUM DECLARED VALUE.

5. AS A PROPERLY LICENSED INTERSTATE MOVING COORDINATOR/SHIPPER

AGENT/BROKER, GOLD STANDARD RELOCATION LLC.IS NOT A MOTOR CARRIER AND WILL NOT TRANSPORT AN INDIVIDUAL CUSTOMER/SHIPPER'S HOUSEHOLD GOODS, BUT WILL COORDINATE AND ARRANGE FOR THE TRANSPORTATION OF HOUSEHOLD GOODS BY ANY FMCSA AUTHORIZED MOTOR CARRIER, WHOSE CHARGES WILL BE DETERMINED BY ITS PUBLISHED TARIFF. ALL ESTIMATED CHARGES AND FINAL ACTUAL CHARGES WILL BE BASED UPON THE CARRIER'S TARIFF WHICH IS AVAILABLE FOR INSPECTION FROM THE CARRIER UPON REASONABLE REQUEST.

6. CUSTOMER WILL BE SUBJECT TO ALL APPLICABLE LAWS AND THE GENERAL TERMS AND CONDITIONS OF THE CARRIER, WHICH SHALL INCLUDE WITHOUT LIMITATION, A REQUIREMENT THAT PAYMENT IN FULL OF ALL CHARGES IS DUE BEFORE UNLOADING OF THE GOODS IN ACCORDANCE WITH THE CARRIER'S LAWFUL LIEN ON THE PROPERTY.

7. AS THE CUSTOMER, I AGREE TO PAY THE TOTAL CHARGES FOR THE MOVING COORDINATOR SERVICES TO BE PROVIDED BY GOLD STANDARD RELOCATION LLC.. I UNDERSTAND AND AGREE THAT MY PAYMENT/FEE REPRESENTS ONLY A PORTION OF MY TOTAL ESTIMATED SERVICE CHARGES, FOR SCHEDULING AND ROUTING PURPOSES. MY PAYMENT/FEE IS NON REFUNDABLE AFTER PLACING THE RESERVATION FOR SCHEDULING PURPOSES. ALL REQUESTS TO CHANGE MY PICK UP DATE, OR PLACE THE MOVE ON HOLD, MUST BE MADE AT LEAST 5 BUSINESS DAYS (SATURDAY, SUNDAYS AND HOLIDAYS EXCEPTED) PRIOR TO THE PACK OR LOAD DATE (WHICHEVER APPLIES) LISTED ABOVE. I AM ONLY ENTITLED TO RECEIVE A CREDIT OF MY PAYMENT FOR A FUTURE INTERSTATE MOVE WHICH I MUST USE WITHIN A 12 MONTH PERIOD FROM THE DATE OF MY ORIGINAL RESERVATION. ALL PAYMENTS WILL SHOW ON YOUR BILLING CYCLE UNDER GOLD STANDARD RELOCATION LLC.. BY SIGNING THIS CONTRACT, I ACKNOWLEDGE THAT I WILL NOT FOR ANY REASON DO A CHARGE BACK TO ANY CREDIT CARD PAYMENTS WITHOUT TALKING TO GOLD STANDARD RELOCATION TO RESOLVE ANY ISSUES I MAY EXPERIENCE DURING MY MOVE.

8. IF ELECTING TO CANCEL YOUR MOVE WITH GOLD STANDARD RELOCATION LLC., I UNDERSTAND THAT PAYMENTS ARE COLLECTED IN INSTALLMENTS FOR EACH PORTION OF SERVICE RENDERED, WITH MY FINAL PAYMENT DUE AT DELIVERY. I UNDERSTAND THAT ANY PAYMENTS MADE TO GOLD STANDARD RELOCATION LLC ARE SUBJECTED TO THE CANCELLATION POLICY HEREIN DESCRIBED. I UNDERSTAND AND ACCEPT THAT I HAVE 72 HOURS FROM THE DATE AND TIME THIS RESERVATION IS PLACED TO CANCEL THIS SHIPMENT IN RETURN FOR A FULL REFUND, AND I UNDERSTAND THIS CANCELLATION MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED BELOW. I UNDERSTAND AND AGREE THAT IF I CANCEL THIS SHIPMENT BEYOND 72 HOURS OF THIS RESERVATION BOOKING, PRIOR PAYMENTS COLLECTED WILL NOT BE REFUNDED. LAST-MINUTE SHIPMENTS BOOKED/RESERVED WITHIN 7 BUSINESS DAYS OF THE SCHEDULED LOADING DATE ARE CONSIDERED NONREFUNDABLE, IF A LAST-MINUTE SHIPMENT IS CANCELLED NO REFUND OR CREDIT WILL BE ISSUED. MY SIGNATURE BELOW CONFIRMS THAT I HAVE RECEIVED AND AGREED TO THIS PROPER DISCLOSURE AND I UNDERSTAND THE TERMS AND CONDITIONS PRESENTED. THIS IS A BINDING LEGAL AGREEMENT FOR SERVICE, AND I UNDERSTAND THAT IN ORDER TO CANCEL THIS SERVICE I MUST DO SO IN WRITING TO Info@GoldStandardRelocation.com. CANCELLATIONS MUST BE MADE IN WRITING BY EMAIL AS DESCRIBED, VERBAL CANCELLATIONS ARE NOT ACCEPTED.

9. CUSTOMER HAS ELECTED A "BINDING TO NOT EXCEED" PRICE, THE TOTAL COST WILL NOT EXCEED THE ESTIMATED AMOUNT; PROVIDED, HOWEVER THAT CUSTOMER PROVIDES GOLD STANDARD RELOCATION LLC. WITH AN ACCURATE DESCRIPTION OF THE ITEMS TO BE MOVED AND THE SERVICES TO BE PERFORMED. CUSTOMER HAS REQUESTED TO HAVE AN ESTIMATE PROVIDED FOR HIS/HER HOUSEHOLD GOODS

RELOCATION, IN ACCORDANCE WITH 49 CFR 371.113(C)(1), CUSTOMER AGREES TO WAIVE A PHYSICAL SURVEY OF THE HOUSEHOLD GOODS, AND ALTERNATIVELY AGREES TO RECEIVE A BINDING TO NOT EXCEED ESTIMATE BASED UPON THE SHIPPER PROVIDED ITEM LIST OF PROPERTY TO BE TRANSPORTED. IF ANY ADDITIONAL PIECES, PACKING SERVICES, CUBIC FEET, VOLUME, WEIGHT OR LABOR SERVICES ARE ADDED AT THE ORIGIN OR DESTINATION TO THOSE QUOTED, THE CUSTOMER SHALL BE CHARGED FOR THESE SERVICES AT THE GOVERNING TARIFF RATES. CUSTOMER UNDERSTANDS THAT GOLD STANDARD RELOCATION LLC. HAS A 286 CUBIC FEET (2000 LBS) MINIMUM ON ALL SHIPMENTS. ANY SHIPMENT BELOW 2000 LBS. WILL BE CHARGED AT THE 2000 LBS RATE. THE PRICE INCLUDES ALL FUEL SURCHARGES, TOLLS, LOAD AND UNLOAD, BASIC DISASSEMBLY AND REASSEMBLY OF STANDARD FURNITURE ITEMS, UP TO 75 FEET OF LONG CARRY AT ORIGIN AND DESTINATION AND 1 FLIGHTS OF STAIRS (starts at 7 steps). ELABORATE FURNITURE ITEMS THAT NEED TO BE DISASSEMBLED AND/OR REASSEMBLED MAY REQUIRE 3RD PARTY SERVICING OR ADDITIONAL LABOR AND SHOULD BE DISCLOSED TO YOUR ESTIMATOR AND INCLUDED IN YOUR ESTIMATE. DISCONNECTING AND/OR RECONNECTING OF APPLIANCES IS NOT INCLUDED IN THE PRICE. REASSEMBLY IS SUBJECT TO THE AVAILABILITY OF TOOLS AND/OR ALL PARTIES BEING AVAILABLE. THE PACKING AND UNPACKING OF BOXES IS ONLY INCLUDED IN THE PRICE IF IT IS ITEMIZED IN THE PACKING AND UNPACKING SECTION OF YOUR ESTIMATE; ALL MATERIALS/LABOR FOR UNDISCLOSED ITEMS WILL BE EXTRA.

10. ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT, WHETHER SO EXPRESSED OR NOT, SHALL BE BINDING UPON, INURE TO THE BENEFIT OF, AND BE ENFORCEABLE BY THE PARTIES AND THEIR RESPECTIVE ADMINISTRATORS, EXECUTORS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS AND PERMITTED ASSIGNS.

11. CUSTOMER SHALL INDEMNIFY AND HOLD HARMLESS GOLD STANDARD RELOCATION LLC., AND ITS SHAREHOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS AND AFFILIATES FROM AND AGAINST ANY AND ALL ACTIONS, CLAIMS, SUITS, LIABILITIES, PROCEEDINGS, PENALTIES, FINES, COSTS, AND EXPENSES (INCLUDING ALL REASONABLE ATTORNEY'S FEES) RELATING DIRECTLY OR INDIRECTLY FROM ANY BREACH OF THIS AGREEMENT BY CUSTOMER.

12. IT IS AGREED BY THE PARTIES AS MANDATORY THAT THIS AGREEMENT SHALL BE GOVERNED BY THE INTERNAL LAWS OF THE STATE OF FLORIDA WITHOUT REGARD TO THE PRINCIPLES OF CONFLICTS OF LAW. ANY DISPUTE ARISING OUT OF OR RELATING TO THIS AGREEMENT SHALL BE BROUGHT IN THE COURTS OR RECORD OF THE STATE OF FLORIDA IN PALM BEACH COUNTY OR THE COURT OF THE UNITED STATES, SOUTHERN DISTRICT OF FLORIDA IN PALM BEACH FLORIDA. IF ANY PARTY DOES NOT HAVE A REGISTERED AGENT TO ACCEPT SERVICE OF PROCESS IN FLORIDA OR IS NOT OTHERWISE SUBJECT TO SERVICE AFTER REASONABLE ATTEMPTS, THEN SUCH PARTY AGREES TO ACCEPT SERVICE OF PROCESS BY U.S. MAIL.

13. IN THE EVENT OF ANY CONTROVERSY ARISING UNDER OR RELATING TO THE INTERPRETATION OR IMPLEMENTATION OF THIS AGREEMENT OR ANY BREACH THEREOF, GOLD STANDARD RELOCATION LLC. SHALL BE ENTITLED TO RECOVER ALL OF ITS COURT COSTS, COLLECTION FEES, EXPENSES AND REASONABLE ATTORNEY'S FEES (INCLUDING, WITHOUT LIMITATION, ALL PRE-TRIAL, TRIAL AND APPELLATE PROCEEDINGS), IN ADDITION TO ANY OTHER RELIED TO WHICH IT MAY BE ENTITLED. IN THE EVENT THAT GOLD STANDARD RELOCATION LLC. PURSUES THE COLLECTION OF ANY AMOUNTS DUE TO IT UNDER THIS AGREEMENT, GOLD STANDARD RELOCATION LLC. MAY RECOVER THE FULL TARIFF RATE ON ALL GOODS AND SERVICES PROVIDED, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE TO IT AT LAW AND IN EQUITY.

14. ALL PICKUP, LOAD AND/OR DELIVERY DATES ARE ONLY ESTIMATES. GOLD STANDARD RELOCATION LLC. WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGES INCURRED BY UNAVOIDABLE DELAY. GOLD STANDARD RELOCATION LLC. WILL ACT ON THE BEHALF OF THE CUSTOMER IN RESOLVING ANY CLAIMS OR DELAY ISSUES WITH THE CARRIER. THERE ARE ABSOLUTELY NO GUARANTEES MADE, EXPRESSED OR IMPLIED REGARDING PACK, LOAD, AND/OR DELIVERY DATES.

15. MOTOR CARRIER NEUTRAL ARBITRATION PROGRAM: THE MOTOR CARRIER'S NEUTRAL ARBITRATION PROGRAM HAS BEEN DESIGNED TO GIVE NEITHER PARTY ANY SPECIAL ADVANTAGE. IF A DISPUTE ARISES BETWEEN THE CARRIER AND THE SHIPPER ARBITRATION MAY BE A MUTUALLY BENEFICIAL ALTERNATIVE TO HELP RESOLVE THE DISPUTE. SECTION 49 U.S.C. SECTIONS 375.211 PROVIDES THAT A MOVER MUST HAVE A PROGRAM IN PLACE TO PROVIDE SHIPPERS WITH AN ARBITRATION ALTERNATIVE. ARBITRATION IS OPTIONAL AND NOT REQUIRED UNDER FEDERAL LAW. SUMMARY OF THE ARBITRATION PROCESS: ARBITRATION IS AN ALTERNATIVE TO COURTROOM LITIGATION. IT PROVIDES EACH PARTY TO THE DISPUTE TO PRESENT THEIR CASES AND ALLOWS A NEUTRAL THIRD PARTY ARBITRATOR TO MAKE DECISIONS AS TO THE MERIT OF EACH SIDE'S CASE. ARBITRATION SUBJECT TO THIS AGREEMENT SHALL BE CONDUCTED VIA WRITTEN SUBMISSION AND, SUBJECT TO THE ARBITRATOR'S DISCRETION, THROUGH TELEPHONIC APPEARANCE. AFTER THE INITIAL FILING FEES HAVE BEEN PAID AND THE ARBITRATOR SELECTED, THE INITIATING PARTY OR (CLAIMANT) MUST SUBMIT A WRITTEN BRIEF SUMMARIZING THEIR LEGAL POSITION AND FACTUAL CLAIMS. ALL SUPPORTING DOCUMENTATION MUST BE INCLUDED WITH THE INITIAL ARBITRATION BRIEF. COPIES OF ALL DOCUMENTS MUST BE SUBMITTED TO ALL PARTIES INVOLVED IN THE ARBITRATION. UPON RECEIPT OF THE CLAIMANT'S ARBITRATION BRIEF AND SUPPORTING DOCUMENTS, THE RESPONDING PARTY OR (RESPONDENT) WILL HAVE 30 DAYS TO FILE THEIR RESPONSIVE ARBITRATION BRIEF AND SUPPORTING DOCUMENTATION. FURTHER DEADLINES AND TIME TABLES ARE SUBJECT TO THE ARBITRATORS DISCRETION. LEGAL EFFECTS; IF THE ARBITRATION ALTERNATIVE IS CHOSEN, THEN ANY DECISION MADE BY THE ARBITRATOR MAY BE BINDING. ADDITIONALLY, AN ARBITRATION DECISION MAY NOT BE APPEALED IN A COURT OF LAW. ALL PARTIES AGREE THAT THE ARBITRATORS DECISION WILL BE BASED EXCLUSIVELY ON THE GOVERNING UNITED STATES FEDERAL LAW WITHOUT REGARD TO CONFLICTING STATE LAWS OR REGULATIONS. APPLICABLE COSTS EACH PARTY IS RESPONSIBLE FOR THEIR OWN COST ASSOCIATE ED WITH ARBITRATION. A BENEFIT TO THE ARBITRATION ALTERNATIVE MAY BE THAT IT IS LESS EXPENSIVE THAN TRADITIONAL LITIGATION. EACH PARTY IS RESPONSIBLE FOR 50% OF THE COST ASSOCIATED WITH SECURING THE ARBITRATOR AND 100% OF THEIR OWN EXPENSES, INCLUDING BUT NOT LIMITED TO ATTORNEY FEES.

16. UPON SIGNING YOU ARE AUTHORIZING GOLD STANDARD RELOCATION LLC TO TAKE PAYMENT FROM YOUR CREDIT CARD (VISA, MASTERCARD, DISCOVER) OR BANK WIRE AND OR DIRECT PAYMENT INTO COMPANY ACCOUNT. UPON BOOKING, UP TO 30% PAYMENT FEE IS REQUIRED TO BE PAID BY CREDIT CARD (VISA, MASTERCARD, DISCOVER) OR BANK WIRE AND OR DIRECT PAYMENT INTO COMPANY ACCOUNT. UPON PICKUP CARRIER MAY COLLECT UP TO 70%. PAYMENT WILL BE DUE IN THE FORM OF CASH OR POSTAL MONEY ORDER. THE REMAINING BALANCE MUST BE PAID IN FULL UPON DELIVERY BY CASH OR POSTAL MONEY ORDER. THE CARRIER RESERVES THE RIGHT TO COLLECT UP TO 70% OF BALANCE DUE PRIOR TO THE GOODS LEAVING THE ORIGIN STATE. SUBJECT TO FEDERAL LAW, PAYMENT IN FULL OF ALL CHARGES IS REQUIRED BEFORE DELIVERY AND PRIOR TO UNLOADING.

17. THE CUSTOMER UNDERSTANDS AND AGREES THAT SHOULD THE CUSTOMER FAIL TO EXECUTE OR RETURN THIS AGREEMENT, BY ALLOWING A CARRIER DESIGNATED

BY GOLD STANDARD RELOCATION LLC. TO PICK UP THE CUSTOMER'S BELONGINGS, THE CUSTOMER EXPRESSLY AGREES AND CONSENTS TO THE TERMS CONTAINED IN THIS AGREEMENT.

18. CUSTOMER HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVES THE RIGHT TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER OR IN CONNECTION WITH THE GOODS AND SERVICES OBTAINED HEREUNDER, THE MOVE, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (VERBAL OR WRITTEN) OR ACTIONS OF GOLD STANDARD RELOCATION LLC. OR THE MOVER. CUSTOMER ACKNOWLEDGES THAT THIS WAIVER CONSTITUTES A MATERIAL INDUCEMENT TO GOLD STANDARD RELOCATION LLC. TO ENTER INTO THIS AGREEMENT.

19. GOLD STANDARD RELOCATION LLC.. REQUIRES THAT THE CUSTOMER MUST FIRST ATTEMPT, TO RESOLVE ALL DISPUTES IN WRITING, DIRECTLY WITH GOLD STANDARD RELOCATION LLC. PRIOR TO INITIALIZING A DISPUTE/REVERSAL WITH THEIR ISSUING CREDIT CARD PROVIDER. THE CUSTOMER MUST PROVIDE WRITTEN DESCRIPTION EVIDENCING ANY AND ALL BREACHES OF THE CONTRACT BY E-MAIL TO GOLD STANDARD RELOCATION LLC. AT Info@GoldStandardRelocation.com THE CUSTOMER AGREES THAT FAILURE TO PROVIDE WRITTEN DOCUMENTATION CLAIMING THAT THE TERMS AND CONDITIONS WERE NOT ADHERED TO BY GOLD STANDARD RELOCATION LLC., FORFEITS THE RIGHT TO DISPUTE THIS CLAIM WITH THEIR ISSUING CARD PROVIDER.

20. AS THE CUSTOMER, I AGREE THAT ANY REFUSAL OR DENIAL OF SERVICE, EITHER VERBALLY IN PERSON OR OVER THE PHONE, WILL BE TREATED AS A LATE CANCELLATION MADE OUTSIDE OF THE CANCELLATION WINDOW. I UNDERSTAND THAT NO REFUND WILL BE ISSUED IF I REFUSE OR DENY SERVICE ON THE DAY OF PICK UP. IF I CLAIM THAT SERVICE WAS NOT RENDERED I MUST PROVIDE NOTICE OF ANY SERVICE FAILURE MADE BY GOLD STANDARD RELOCATION LLC., IN WRITING TO Info@GoldStandardRelocation.com

21. IN SIGNING THIS AGREEMENT, I THE CUSTOMER, AGREE THAT; GOLD STANDARD RELOCATION LLC., HAS PROVIDED A DATED COPY OF THE ESTIMATE AND CHARGES AT THE TIME I SIGNED THE AGREEMENT. GOLD STANDARD RELOCATION LLC. HAS PROVIDED ME WITH NOTIFICATION OF THE METHODS OF PAYMENT REQUIRED TO PAY THE MOTOR CARRIER FOR BALANCES DUE. ALL COSTS AND CHARGES ARE CLEARLY INDICATED ON THIS ESTIMATE, AND THE CHARGES REPRESENTED ON THIS ESTIMATED ARE ONLY FOR THE SERVICES AND INVENTORY SPECIFICALLY INDICATED ON THIS ESTIMATE. GOLD STANDARD RELOCATION LLC., SALES REPRESENTATIVE VERBALLY CONFIRMED THEIR ROLE AS A MOVING BROKER/COORDINATOR TO ME OVER THE PHONE PRIOR TO PLACING THIS RESERVATION. IN CANCELING THIS RESERVATION, I WILL NOT BE ENTITLED TO A REFUND OF MY PAYMENT UNLESS MANAGER APPROVES OTHERWISE IN TURNING DOWN OR DENYING SERVICE I WILL NOT BE ENTITLED TO A REFUND OF MY PAYMENT UNLESS MANAGER APPROVES OTHERWISE.

## Articles List 34 Items, 81 Pieces

| Qty | Items | Qty | Items | Qty | Items |
|---|---|---|---|---|---|
| 1 | BED FRAME | 1 | FILE CABINET, 3 DRAWER | 4 | PLASTIC BOXES FOR BED |
| 1 | BED, HEADBOARD | 2 | JEWELRY ARMOIRE SMALL | 1 | PRINTER, SMALL |
| 1 | BOOK SHELF | 2 | LAMP, TABLE (PBO) | 2 | RUG 5X8 |
| 1 | BOOKCASE, SM. | 1 | LOUNGE CHAIR | 1 | RUG, AREA (SM.) |
| 30 | BOX, MED. PBO | 2 | MED BOOKSHELF | 1 | SMALL TABLE |
| 2 | CABINET, SMALL | 1 | MICROWAVE CART | 1 | T.V. STAND (SMALL) |
| 1 | CARPET, AREA (SM.) | 2 | NIGHT STAND | 1 | T.V. FLAT SCREEN- 33-60 |
| 4 | CHAIR, KITCHEN | 2 | PICTURES, LG | 1 | TABLE, END |
| 1 | CHAIR, SINGLE | 2 | PLASTIC BIN, LG. | 1 | TABLE, KITCHEN (SM.) |
| 1 | DESK, SMALL | 3 | PLASTIC BIN, MED. | 1 | WINE RACK, SMALL |

| Qty | Item |
|---|---|
| 1 | DRESSER, MIRROR |
| 1 | DRESSER, SINGLE |
| 3 | PLASTIC BIN, SM. |
| 1 | WOODEN WARDROBE |

### Packing Material List

| Qty | Material | Unit Price $ | Qty | Material | Unit Price $ | Qty | Material | Unit Price $ |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 | Queen/King Mattress Cover | 15.00 |

**Click on Online Electronic Signature to confirm your move online.**

If you no longer wish to receive emails from Gold Standard Relocation, please click on unsubscribe

Electronic Signature

**Electronic Signature I hereby confirm my acceptance of the following terms and conditions by applying my electronic signature which carries the same enforceable and validity as a physical signature, and I understand that this document is available in physical form upon my request. I hereby consent to provide my authorization for this payment and acceptance of these terms electronically. CANCELLATION POLICY: I understand that payments are collected in installments for each portion of service rendered, with my final payment due at delivery. I understand that any payments made to Gold Standard Relocation LLC are subjected to the cancellation policy herein described. I understand and accept that I have 72 hours from the date and time this reservation is placed to cancel this shipment in return for a full refund, and I understand this cancellation must be made in writing by email as described below. I understand and agree that if I cancel this shipment beyond 72 hours of this reservation booking, prior payments collected will not be refunded. However you can elect to place your move on hold and utilize your deposit for a period of up to 18 months towards this move or a future move of a friend or family member. The deposit may increase or decrease depending on dates and locations. Last-minute shipments booked/reserved within 7 business days of the scheduled loading date are considered nonrefundable, if a last-minute shipment is cancelled no refund or credit will be issued. My signature below confirms that I have received and agreed to this proper disclosure and I understand the terms and conditions presented. This is a binding legal agreement for service, and I understand that in order to cancel this service I must do so in writing to info@goldstandardrelocation.com. Cancellations must be made in writing by email as described, verbal cancellations are not accepted.**

Signature Name: **Stephanie Wagner**
Signature Email: **everlatchinglove@gmail.com**
Signature Date: **Wednesday, 11/25/2020 - 12:17:11 EST.**
Signature IP Address: **96.224.193.205**
Internet Browser: **Chrome**

--

# Garin Combs
Quality Assurance Manager
Gold Standard Relocation
Direct: (904)-267-1581
garin@goldstandardrelocation.com
https://www.gsrelo.com/
US DOT: 3122941 MC: 88982
DOT Broker Registration number: 3122941
Commercial Telephone Seller : TC5423
Fla. Broker Reg. No MB115



## Gold Standard Relocation
*"The New Moving Standard"*

**Check out our A+ online reviews!!!**

[Better Business Bureau](#)
[Google Reviews](#)
[My Moving Reviews](#)
[Verified Movers Reviews](#)
[Glass Door Reviews](#)
[Trust Pilot Reviews](#)
[Number 2 in the nation on Verified Movers!](#)

**Subject**: Important Pick up information for your move !
**From**: Jen Blake <jen@goldstandardrelocation.com>
**To**: everlatchinglove@gmail.com
**Date Sent**: Wednesday, December 16, 2020 11:06:27 AM GMT-10:00
**Date Received**: Wednesday, December 16, 2020 11:06:39 AM GMT-10:00

Hello Stephanie

As of right now your move is scheduled to be picked up on 12-17-2020 approximately between the hours of 12pm to 5pm . Please keep in mind, this is an estimated time of arrival. The driver may arrive sooner or after the time frame given. The driver may also call you to confirm your pick up as they are getting closer to your destination.

The company who will be servicing your move is New Era    Your balance due is $2500.00 . You will be required to pay at least 50% of your balance upon pick up in cash or US postal money order. Please make all payments payable to New Era   .  Please be sure to pack clothes and necessities to get you through the move until you receive your belongings. If you have any questions when the movers get there please contact us at 941-417-4827

Customer service contact number for New Era is 919-659-8306 This is your movers number, you may contact them for delivery updates and/or any questions you may have about the move.

==Side note from dispatch : Please contact customer service before signing and agreeing to any extra charges on your paperwork ! Also please take a picture of all documents the Foreman has you sign and send this information over to our team just so we can help with any questions !==

Jennifer  Blake
Dispatch Manager
941-417-4846
DOT Broker Registration number: 3122941
Commercial Telephone Seller : TC5423
Fla. Broker Reg. No MB115



Gold Standard Relocation
"The New Moving Standard"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

Jennifer  Blake
Dispatch Manager
941-417-4846
DOT Broker Registration number: 3122941
Commercial Telephone Seller : TC5423
Fla. Broker Reg. No MB115



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

Jennifer  Blake
Dispatch Manager
941-417-4846
DOT Broker Registration number: 3122941
Commercial Telephone Seller : TC5423
Fla. Broker Reg. No MB115



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.