# Exhibit K

| US DOT #: 3371822 | | Pick Up Date: 12-17-20 |
|---|---|---|
| ICC/MC #: 1081104 | **NEW ERA RELOCATIONS** | 1st date available for delivery: |
| VAN #: | 111 N 3rd Street, Smithfield, NC 27577 | |
| Order #: B3384723 | | |

## POST CONTRACT SERVICES ORDER FORM

| ORIGIN | DESTINATION |
|---|---|
| NAME: Stephanie Wagner | NAME: Stephanie Wagner |
| ADDRESS: 181 East 114th St | ADDRESS: T.B.D |
| CITY/STATE/ZIP: New York, NY 10035 | CITY/STATE/ZIP: Asheville, NC 28806 |
| PHONE: | PHONE: |

This document is provided to inform you of all optional post-contract services available to you. These optional services are not included in your estimate and must be ordered and paid for separately. If you wish, you may order any of these services at an additional charge. Unless the service listed below is ordered by the shipper the moving company is not required to perform that service. For example if long carry is necessary to deliver the property into the home, then this optional service must be ordered and paid in full prior to that service to be performed. Under 49 USC 13707(b)(3)(C) payment for all post contract optional services is required before delivery and prior to unloading. For non-binding estimates, the 110%law does not apply to post-contract services. Optional post contract services must be paid in full before delivery and prior to unloading.

The following optional services and charges will *only* affect your total balance due if the service is requested and necessary to be performed in order to complete final delivery to your destination.

### POST CONTRACT SERVICES REQUESTED/ORDERED:

| OPTIONAL SERVICE | PRICE FOR SERVICE | SERVICE CHARGE |
|---|---|---|
| **Flights and Stairs Carry:** | • First flight free<br>• Each additional flight of stairs is $75.00<br>(7 steps = 1 flight) | $115 |
| **Long Carry:**<br>(In 50 increments – no prorating) | • First 50 feet is free<br>• Each additional 50 ft. is $75.00     400-50=350 | $525 |
| **Shuttle Service:** | • $100.00 per 100 cu.ft.<br>• Minimum $350.00 | $ |
| **Re-delivery:**<br>NOTE: any customer who changes their storage order automatically gets charges a re-delivery fee. | • $500.00.<br>Full re-handling/delivery fees are applied when the carrier must make a second attempt to deliver the property if for any reason the shipper did not accept delivery on the first attempt | $115 |
| **Waiting Service:**<br>NOTE: Carrier has full discretion whether to wait for shipper or not. | • Each hour of waiting is $150.00 per hr.<br>• Full day waiting of $650.00 | $ |
| **Storage Service:**<br>(One month minimum not prorated.) | • $1.25 per cu.ft. per month. Minimum $400.00 | $ |
| **Extra Stop Origin/Destination** | • First 5 Miles Free, 250$ | $ |
| **Expedited Delivery:**<br>(Based on company availability) | • Deliver on/or Before __/__/__     $1 per cu.ft. | $ |
| **Dedicated Truck:**<br>(Based on company availability) | • Exclusive Use Of _____ Cu. Ft.     1600 Cu. Ft. Min +$1000.00 | $ |
| **Complete Occupancy of a Truck:**<br>(Based on company availability) | Shipment Completely Occupied A _____ Cu. Ft. Vehicle | $ |
| | **TOTAL CHARGES:** | $525 |

The shipper (or his/her representative) by his/her signature hereby orders the services outlined herein to be performed on his/her behalf. Shipper understands that packing material and labor are not included and will be charged per items ordered and listed on the packing materials price list. On interstate moves an 18 wheeler may be used to deliver the property. If destination address does not have access for an 18 wheeler the shipper will be required to pay for shuttle service. Full re-handling/delivery fees are applied when the carrier must make a second attempt to deliver the property if for any reason the shipper did not accept delivery on the first attempt. All charges including additional services will be charged based on the full tariff rates. Shipper and/or agent has full authority to order services and enter into this agreement. I understand that the above charges will only be applied to my final balance due if the service becomes necessary to be performed in order to complete delivery. No alterations, modifications, or notes handwritten on this document will affect the charges.

| Shipper/Agent/Representative: | CARRIER: |
|---|---|
| X  SHIPPER Sign Here | X  CARRIER Sign Here |
| X  Date Here | X  12-17-20 Date Here |

# NEW ERA RELOCATIONS

111 N 3rd Street, Smithfield, NC 27577

US Dot #: 3371822
MC #: 1081104

Order No.: R?????
Pick Up Date: 10-17-??
1st date available for delivery:
Equipment ID:

## INTERSTATE BILL OF LADING CONTRACT and ORDER FOR SERVICE

### ORIGIN
NAME: Stephanee ?????
ADDRESS: 191 East 110?? ??
CITY/STATE/ZIP: ??? York NY 10035
PHONE:

### DESTINATION
NAME: Stephanee ?????
ADDRESS: TBD
CITY/STATE/ZIP: Gabriella NY 02906
PHONE:

Agent name: | Address: | Phone:

**1. FORM OF PAYMENT:** Upon booking a 20% deposit is required to be paid in the form of Visa, MasterCard, Cash, cashier's check. Prior to pickup 70% of the balance is due in the form of Cash, money order, certified check. At delivery the balance is due prior to unloading in the form of Post Office Money Order or Cash only. The carrier reserves the right to collect up to 100% of balance due prior to the goods leaving the origin state. Subject to federal law, payment in FULL of all charges is required before delivery and prior to unloading — Subject to the 110% law, if applicable.

Customer's signature | Date

**2. NOTICE:** By this reference the bill of lading and order for service and all their terms, conditions, and estimated charges are combined and incorporated by reference in accordance with 49 CFR §375.505(a). The total estimated charges for service is not a guarantee of the final total actual charges - which may increase or decrease based upon actual services performed, quantity of items shipped, accessorial services, destination services, and/or weight of shipment.

**TOTAL ESTIMATED CHARGES:** $ 3,096
(estimates are not guaranteed)

**SPECIAL SERVICES:**
- [ ] STORAGE
- [ ] SHUTTLE
- [ ] STAIRS
- [ ] MOTORCYCLE
- [ ] LONG CARRY
- [ ] PIANO
- [ ] SAFE
- [ ] P.G.S pickup/delivery  $ _____

- [ ] **SPACE RESERVATION**  404 Cu. Ft.
(minimum charge calculation)

**3. DISCLOSURES:** Packing materials/labor are not included and will be charged extra per items ordered on the packing materials list. The space reservation option, if selected by shipper, will be used to determine line haul charges. Bill of Lading is the controlling shipping contract. All charges including additional services will be charged based on the full tariff rates. See reverse side for important information including arbitration information. Tariff is available for inspection upon reasonable request by calling

**Agreed pickup/delivery periods:** Pickup and delivery dates are not guaranteed unless the optional Premium Guaranteed Service (P.G.S.) is purchased. Standard Service (S.S.) period is up to a maximum of thirty business weekdays, not including storage time, beginning on the first date indicated as available for delivery (not the date of pickup). The date above indicated as "1st available for delivery" is first date of the delivery window and not the promised delivery date. Estimated delivery period is up to thirty business days from date indicated as first available for delivery.

**Filing of Claims:** Carrier hall not be liable for the loss or damage of the goods unless claim is made in writing supported by proof of ownership, value, and weight. As a condition precedent, all outstanding monies due to the carrier must be paid in full before any claim can be made. Claims must be filed within 9 months of delivery or demand thereof is refused and must be limited to the destination descriptions of damages for each item on the inventory logs. All damages and missing items must be noted on the inventory logs. Damage indications must specify each item damaged at the time of delivery. Shipper or agent has full authority to order services and enter into agreement.

**Special Services:** Shipper will be notified of final charges prior to delivery and while in transit. On interstate moves an 18 wheeler may be used to deliver the property. If destination address does not have access for an 18 wheeler the shipper will be required to pay for shuttle service. Full re-handling/delivery fees are applied when the carrier must make a second attempt to deliver the property if for any reason the shipper did not accept delivery on the first attempt. For all estimates there may be additional charges for flights of stairs, elevators, extra drop-offs or pick-ups, re-delivery, long carries, and shuttles for residences in restrictive areas.

### SUMMARY OF ACTUAL CHARGES:

**WEIGHT CHARGES:**
| | lbs. @ $ | per lbs. | $ |
|---|---|---|---|
| Base: | | | |
| Additional: | lbs. @ $ | per lbs. | $ |
| Additional: | lbs. @ $ | per lbs. | $ |

**CUBIC FEET CHARGES:**
| | cu.ft. @ $ | per cu.ft. | $ |
|---|---|---|---|
| Base: 804 | @ $?.00 | per cu.ft. | $ 3,096 |
| Additional: 376 | @ $?.00 | per cu.ft. | $ Full |
| Additional: | cu.ft. @ $ | per cu.ft. | $ |

**HOURLY CHARGES:**
| | Start Time | End time | Hours |
|---|---|---|---|
| Part One: | | | |
| Part Two: | | | |
| hrs. | men | Trucks @ $ /hr. | $ |
| hrs. | men | Trucks @ $ /hr. | $ |

**PACKING MATERIALS AND LABOR:**
| | |
|---|---|
| Total material and Packing (see attached materials price list): | $ 255 |
| Full Packing Service: | $ 1500 |
| Other: Adoso | $ 100.15 |

**OTHER SERVICES:**
| | | | | |
|---|---|---|---|---|
| Fuel surcharge: | 9% | | | $ 139 |
| Stairs: | $ | origin $ | destination | $ |
| Long Carry: | $ | origin $ | destination | $ |
| Shuttle: | $ | origin $ | destination | $ |
| Misc. Bulky Item: | | | | $ 1302.51 |
| Split pickup/delivery or extra stop-off | | | | $ |
| Valuation: | | | | $ 170 |
| Other: Discount | | | | $ -308.15 |

**STORAGE CHARGES:**
| Days @ | cu.ft. | @ $ | per cu.ft. per month | $ |
|---|---|---|---|---|
| Other: Free first month storage | | | | $ |

**Notice of Maximum amount due upon delivery:** Final charges will be based on actual weight or cubic feet of property and services provided or time. Maximum amount to be paid and demanded at destination is the amount of the last issued non-binding estimate plus 10%; or 100% of the binding estimate; plus post contract services; any remaining balances due will be billed after 30 days of delivery. **Payment in full of all charges is due before unloading. Fees for post contract services must be paid in advance of delivery and prior to unloading.** There may be a fuel surcharge on all orders. **Conversion formula:** Conversion from weight to cubic feet, or vice versa, be a multiple of 7 to perform the calculations for the total charges.

### SUMMARY OF CHARGES:
| | |
|---|---|
| **GRAND TOTAL:** | $ 6375? |
| PARTIAL PAYMENT: Customer Deposit | $ ???? |
| PARTIAL PAYMENT: Payment | $ 2177 |
| | $ |
| | $ |
| **BALANCE DUE:** | $ 2197? |
| | $ |
| | $ |

**TO BE SIGNED PRIOR TO SERVICES BEGINNING:**

| ADDRESS: | | ADDRESS: | |
|---|---|---|---|
| CITY/STATE/ZIP: | | CITY/STATE/ZIP: | |
| PHONE: | | PHONE: | |
| Agent name: | | Address: | Phone: |

**1. FORM OF PAYMENT:** Upon booking a 20% deposit is required to be paid in the form of Visa, MasterCard, Cash, cashier's check. Prior to pickup 70% of the balance is due in the form of Cash, money order, certified check. At delivery the balance is due prior to unloading in the form of Post Office Money Order or Cash only. The carrier reserves the right to collect up to 100% of balance due prior to the goods leaving the origin state. Subject to federal law, payment in FULL of all charges is required before delivery and prior to unloading – Subject to the 110% law, if applicable.

| Customer's signature | Date |
|---|---|
| | |

**2. NOTICE:** By this reference the bill of lading and order for service and all their terms, conditions, and estimated charges are combined and incorporated by reference in accordance with 49 CFR §375.505(a). The total estimated charges for service is not a guarantee of the final total actual charges - which may increase or decrease based upon actual services performed, quantity of items shipped, accessorial services, destination services, and/or weight of shipment.

**TOTAL ESTIMATED CHARGES:** $ 3,091
(estimates are not guaranteed)

**SPECIAL SERVICES:**
☐ STORAGE   ☐ SHUTTLE   ☐ STAIRS
☐ MOTORCYCLE   ☐ LONG CARRY   ☐ PIANO
☐ SAFE   ☐ P.G.S pickup/delivery  $_____

☐ **SPACE RESERVATION**  404  Cu. Ft.
(minimum charge calculation)

**3. DISCLOSURES:** Packing materials/labor are not included and will be charged extra per items ordered on the packing materials list. The space reservation option, if selected by shipper, will be used to determine line haul charges. Bill of Lading is the controlling shipping contract. All charges including additional services will be charged based on the full tariff rates. See reverse side for important information including arbitration information. Tariff is available for inspection upon reasonable request by calling

**Agreed pickup/delivery periods:** Pickup and delivery dates are not guaranteed unless the optional Premium Guaranteed Service (P.G.S.) is purchased. Standard Service (S.S.) period is up to a maximum of thirty business weekdays, not including storage time, beginning on the first date indicated as available for delivery (not the date of pickup). The date above indicated as "1st available for delivery" is first date of the delivery window and not the promised delivery date. Estimated delivery period is up to thirty business days from date indicated as first available for delivery.

**Filing of Claims:** Carrier hall not be liable for the loss or damage of the goods unless claim is made in writing supported by proof of ownership, value, and weight. As a condition precedent, all outstanding monies due to the carrier must be paid in full before any claim can be made. Claims must be filed within 9 months of delivery or demand thereof is refused and must be limited to the destination descriptions of damages for each item on the inventory logs. All damages and missing items must be noted on the inventory logs. Damage indications must specify each item damaged at the time of delivery. Shipper or agent has full authority to order services and enter into agreement.

**Special Services:** Shipper will be notified of final charges prior to delivery and while in transit. On interstate moves an 18 wheeler may be used to deliver the property. If destination address does not have access for an 18 wheeler the shipper will be required to pay for shuttle service. Full re-handling/delivery fees are applied when the carrier must make a second attempt to deliver the property if for any reason the shipper did not accept delivery on the first attempt. For all estimates there may be additional charges for flights of stairs, elevators, extra drop-offs or pick-ups, re-delivery, long carries, and shuttles for residences in restrictive areas.

**TO BE SIGNED PRIOR TO SERVICES BEGINNING:**

*I acknowledge, have read, and agree to all the terms and conditions on both sides of this bill of lading contract and order for service. I have received the arbitration information and the booklet: Your Rights and Responsibilities When you Move and pamphlet Ready to Move. I agree to pay for the total charges for moving services. I approved the total estimated charges prior to the moving services beginning and give permission for the moving company to begin services.*

| Customer's signature | Date |
|---|---|
| | |

| Moving company representative signature | Date |
|---|---|
| | |

**SUMMARY OF ACTUAL CHARGES:**

**WEIGHT CHARGES:**

| | | | |
|---|---|---|---|
| Base: | lbs. @ $ | per lbs. | $ |
| Additional: | lbs. @ $ | per lbs. | $ |
| Additional: | lbs. @ $ | per lbs. | $ |

**CUBIC FEET CHARGES:**

| | | | |
|---|---|---|---|
| Base: 404 | cu.ft. @ $ 4.00 | per cu.ft. | $ 776 |
| Additional: 376 | cu.ft. @ $ 4.00 | per cu.ft. | $ 1504 |
| Additional: | cu.ft. @ $ | per cu.ft. | $ |

**HOURLY CHARGES:**

| Part One: | Start Time | End time | Hours |
|---|---|---|---|
| Part Two: | Start Time | End time | Hours |
| hrs. | men | Trucks @ $ /hr. | $ |
| hrs. | men | Trucks @ $ /hr. | $ |

**PACKING MATERIALS AND LABOR:**

| | |
|---|---|
| Total material and Packing (see attached materials price list): | $ 355 |
| Full Packing Service: | $ 1500 |
| Other: | $ |

**OTHER SERVICES:**

| | |
|---|---|
| Fuel surcharge: | $ 130 |
| Stairs: $ origin $ destination | $ |
| Long Carry: $ origin $ destination | $ |
| Shuttle: $ origin $ destination | $ |
| Misc. Bulky Item: | $ 182.51 |
| Split pickup/delivery or extra stop-off | $ |
| Valuation: | $ 172 |
| Other: | $ |

**STORAGE CHARGES:**

| | |
|---|---|
| Days @ cu.ft. @ $ per cu.ft. per month | $ |
| Other: | $ |

Notice of Maximum amount due upon delivery: Final charges will be based on actual weight or cubic feet of property and services provided or time. Maximum amount to be paid and demanded at destination is the amount of the last issued non-binding estimate plus 10%; or 100% of the binding estimate; plus post contract services; any remaining balances due will be billed after 30 days of delivery. **Payment in full of all charges is due before unloading.** Fees for post contract services must be paid in advance of delivery and prior to unloading. There may be a fuel surcharge on all orders. **Conversion formula:** Conversion from weight to cubic feet, or vice versa, be a multiple of 7 to perform the calculations for the total charges.

**SUMMARY OF CHARGES:**

| | |
|---|---|
| **GRAND TOTAL:** | $ |
| PARTIAL PAYMENT: | $ |
| PARTIAL PAYMENT: | $ |
| | $ |
| | $ |
| **BALANCE DUE:** | $ |
| | $ |
| | $ |
| PRICE ADJUSTMENT: | $ |
| **NEW BALANCE DUE IN 30 DAYS:** | $ |

**DELIVERY ACKNOWLEDGEMENT:**

The shipper hereby acknowledges that the shipment was received in apparently good condition *except* as noted on the inventory list. Furthermore, the shipper acknowledges that all the services that were ordered have been performed, have been fully satisfied, and the truck was inspected and nothing has been left behind. Shipper and/or agent has full authority to accept the shipment and enter into this agreement.

| Customer's signature at delivery | Date |
|---|---|
| | |

# NEW ERA RELOCATIONS
111 N 3rd Street, Smithfield, NC 27577
**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

US Dot #: 3371822 • MC #: 1081104

| Field | Value |
|---|---|
| AGENT | |
| PAGE NO. | |
| NO. OF PAGES | |
| OWNER'S GRADE OR RATING AND NAME | Warrant |
| CARRIER'S REFERENCE NO. | |
| CONTRACT OR GBL. NO. | |
| ORIGIN LOADING ADDRESS / CITY / STATE | |
| GOVT. SERVICE ORDER NO. | |
| DESTINATION | |
| VAN NUMBER | |

## DESCRIPTIVE SYMBOLS
- B/W BLACK & WHITE TV
- C COLOR TV
- CP CARRIER PACKED
- PBO PACKED BY OWNER
- CD CARRIER DISASSEMBLED
- SW STRETCH WRAPPED
- DBO DISASSEMBLED BY OWNER
- PB PROFESSIONAL BOOKS
- PE PROFESSIONAL EQUIPMENT
- PP PROFESSIONAL PAPERS
- MCU MECHANICAL CONDITION UNKNOWN

## EXCEPTION SYMBOLS
- BE BENT
- BR BROKEN
- BU BURNED
- CH CHIPPED
- CU CONTENTS & CONDITIONS UNKNOWN
- D DENTED
- F FADED
- G GOUGED
- L LOOSE
- M MARRIED
- MI MILDEW
- MO MOTHEATEN
- P PEELING
- R RUBBED
- RU RUSTED
- SC SCRATCHED
- SH SHORT
- SO SOILED
- ST STAINED
- S STRETCHED
- T TORN
- W BADLY WORN
- Z CRACKED

## LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR

| ITEM NO. | CR REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IN ANY) AT DESTINATION | ITEM NO. | CR REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IN ANY) AT DESTINATION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Box | DBO | | 6 | | Box | DBO | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 0 | | Box | DBO | |
| 6 | | | | | 1 | | | | |
| 7 | | | | | 2 | | | | |
| 8 | | | | | 3 | | | | |
| 9 | | | | | 4 | | | | |
| 0 | | Box | DBO | | 5 | | | | |
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 0 | | Box | DBO | |
| 6 | | | | | 1 | | | | |
| 7 | | | | | 2 | | | | |
| 8 | | | | | 3 | | | | |
| 9 | | | | | 4 | | | | |
| 0 | | Box | DBO | | 5 | | | | |
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | Box | DBO | |
| 4 | | | | | 9 | | Dishes DBO | DBO | |
| 5 | | | | | 0 | | | | |
| 6 | | | | | 1 | | | | |
| 7 | | | | | 2 | | | | |
| 8 | | | | | 3 | | | | |
| 9 | | | | | 4 | | | | |
| 0 | | Box | DBO | | 5 | | | | |
| 1 | | | | | 6 | | Dishes DBO | DBO | |
| 2 | | | | | 7 | | Dishes DBO | | |
| 3 | | | | | 8 | | Box | | |
| 4 | | | | | 9 | | Box | | |
| 5 | | Box | DBO | | 0 | | Box | DBO | |