# Exhibit L

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Monday, September 20, 2021 4:12:10 PM GMT-10:00
**Date Received**: Monday, September 20, 2021 4:12:10 PM GMT-10:00

---

Sam,

Will you please respond to me on this?! I need to know where my household belongings are! It was your company's responsibility to store them long term that I pre-paid x6 months for! You cannot just stop responding to my emails. I need to know that you can locate my items and they are in safe keepings, as was the agreement. All of my household goods filled an 18-wheeler moving truck. How can you just lose them?!

I need to hear something from you ASAP!

-Stephanie Wagner


Stephanie Wagner, BSN, RN, CLE, IBCLC, RLC
EverLatching Love, Owner/CEO
"For the LOVE of BABIES...AND their Parents!"
www.everlatchinglove.com
Yelp Business Page (For Reviews of my Services! And always happy to have more if you are happy with your home/virtual consultation! Thanks!): EverLatching Love
Instagram: @everlatchinglove
Facebook: EverLatching Love
Pronouns: She/Her/Hers



On Mon, Aug 16, 2021 at 5:33 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Sam,
>
> This is an unacceptable answer! I need to know my household goods are stored and are safe, as was the arrangement. I need you and your team to keep looking and look into every possibility. I refuse to believe my items are lost, and I am appauld at the disorganization and lack of tracing of where each person's items are stored. If you outsource to another company, which was unbeknownst to me, then you are responsible for that company, and especially responsible if that company was irresponsible. I am sorry someone died, but that should not keep you from knowing where my items are. Please get back to me ASAP with an answer and pictures of my household goods in storage!
>
> -Stephanie Wagner
>
> On Thu, Aug 12, 2021, 10:19 Sam G <Sam@goldstandardrelocation.com> wrote:
>> Hello Stephanie
>>
>> As of right now the carrier is still trying to locate the items. Due to the carriers closing down

their company because the owner died, it has been a challenge. We may have to have you file a full load loss through their insurance however, I want to keep trying to locate these belongings for you. I do apologize for this and we are working hard to retrieve these items for you.

On Tue, Aug 10, 2021 at 8:29 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Hi Sam,
>
> I hope you are feeling better.
>
> Just checking in as we never heard back from you about what the foreman found at the warehouse.
>
> Please update us on the status of everything!
>
> Thank you,
> Stephanie Wagner


On Mon, Aug 2, 2021, 11:46 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Okay thank you. Please let us know as soon as you know anything! And please have the foreman take pictures of my belongings when they are located. Thank you!
>
> -Stephanie Wagner
>
>
> On Mon, Aug 2, 2021, 10:11 Sam G <Sam@goldstandardrelocation.com> wrote:
>> Hello Stephanie.
>>
>> I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of your belongings.
>>
>> On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>> Hi Sam,
>>>
>>> I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.
>>>
>>> -Stephanie Wagner
>>>
>>> On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
>>>> Hello Stephanie.
>>>>
>>>> I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.
>>>>
>>>> On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner

<everlatchinglove@gmail.com> wrote:
Hi Sam!

It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!

Kindly,
Stephanie Wagner

On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



[Gold Standard Relocation](#)
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



[Gold Standard Relocation](#)
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Monday, August 16, 2021 5:33:58 PM GMT-10:00
**Date Received**: Monday, August 16, 2021 5:33:58 PM GMT-10:00

---

Sam,

This is an unacceptable answer! I need to know my household goods are stored and are safe, as was the arrangement. I need you and your team to keep looking and look into every possibility. I refuse to believe my items are lost, and I am appauld at the disorganization and lack of tracing of where each person's items are stored. If you outsource to another company, which was unbeknownst to me, then you are responsible for that company, and especially responsible if that company was irresponsible. I am sorry someone died, but that should not keep you from knowing where my items are. Please get back to me ASAP with an answer and pictures of my household goods in storage!

-Stephanie Wagner

On Thu, Aug 12, 2021, 10:19 Sam G <Sam@goldstandardrelocation.com> wrote:
> Hello Stephanie
>
> As of right now the carrier is still trying to locate the items. Due to the carriers closing down their company because the owner died, it has been a challenge. We may have to have you file a full load loss through their insurance however, I want to keep trying to locate these belongings for you. I do apologize for this and we are working hard to retrieve these items for you.
>
> On Tue, Aug 10, 2021 at 8:29 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>> Hi Sam,
>>
>> I hope you are feeling better.
>>
>> Just checking in as we never heard back from you about what the foreman found at the warehouse.
>>
>> Please update us on the status of everything!
>>
>> Thank you,
>> Stephanie Wagner
>>
>>
>>
>> On Mon, Aug 2, 2021, 11:46 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>> Okay thank you. Please let us know as soon as you know anything! And please have the foreman take pictures of my belongings when they are located. Thank you!
>>>
>>> -Stephanie Wagner
>>>
>>> On Mon, Aug 2, 2021, 10:11 Sam G <Sam@goldstandardrelocation.com> wrote:
>>>> Hello Stephanie.
>>>>
>>>> I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of

your belongings.

On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:

> Hi Sam,
>
> I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.
>
> -Stephanie Wagner
>
> On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
>> Hello Stephanie.
>>
>> I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.
>>
>> On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>> Hi Sam!
>>>
>>> It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!
>>>
>>> Kindly,
>>> Stephanie Wagner
>>>
>>> On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>>> Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!
>>>>
>>>> -Stephanie Wagner
>>>>
>>>> On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
>>>>> Hello Stephanie
>>>>>
>>>>> I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.
>>>>>
>>>>> --
>>>>> **Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
## Samuel G

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Sam G <Sam@goldstandardrelocation.com>
**To**: Stephanie Wagner <everlatchinglove@gmail.com>
**Date Sent**: Thursday, August 12, 2021 10:19:43 AM GMT-10:00
**Date Received**: Thursday, August 12, 2021 10:19:53 AM GMT-10:00

---

Hello Stephanie

As of right now the carrier is still trying to locate the items. Due to the carriers closing down their company because the owner died, it has been a challenge. We may have to have you file a full load loss through their insurance however, I want to keep trying to locate these belongings for you. I do apologize for this and we are working hard to retrieve these items for you.

On Tue, Aug 10, 2021 at 8:29 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Hi Sam,
>
> I hope you are feeling better.
>
> Just checking in as we never heard back from you about what the foreman found at the warehouse.
>
> Please update us on the status of everything!
>
> Thank you,
> Stephanie Wagner
>
>
>
> On Mon, Aug 2, 2021, 11:46 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>> Okay thank you. Please let us know as soon as you know anything! And please have the foreman take pictures of my belongings when they are located. Thank you!
>>
>> -Stephanie Wagner
>>
>> On Mon, Aug 2, 2021, 10:11 Sam G <Sam@goldstandardrelocation.com> wrote:
>>> Hello Stephanie.
>>>
>>> I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of your belongings.
>>>
>>> On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>>> Hi Sam,
>>>>
>>>> I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.
>>>>
>>>> -Stephanie Wagner

On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie.

I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.

On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Hi Sam!

It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!

Kindly,
Stephanie Wagner

On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the

addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



<u>**Gold Standard Relocation**</u>
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



<u>**Gold Standard Relocation**</u>
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Tuesday, August 10, 2021 2:29:20 PM GMT-10:00
**Date Received**: Tuesday, August 10, 2021 2:29:20 PM GMT-10:00

---

Hi Sam,

I hope you are feeling better.

Just checking in as we never heard back from you about what the foreman found at the warehouse.

Please update us on the status of everything!

Thank you,
Stephanie Wagner


On Mon, Aug 2, 2021, 11:46 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Okay thank you. Please let us know as soon as you know anything! And please have the foreman take pictures of my belongings when they are located. Thank you!

-Stephanie Wagner


On Mon, Aug 2, 2021, 10:11 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie.

I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of your belongings.

On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Hi Sam,

I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.

-Stephanie Wagner

On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie.

I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.

On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:

Hi Sam!

It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!

Kindly,
Stephanie Wagner

On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**

**Gold Standard Relocation**
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**

**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
# Samuel G

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Monday, August 2, 2021 11:46:17 AM GMT-10:00
**Date Received**: Monday, August 2, 2021 11:46:17 AM GMT-10:00

---

Okay thank you. Please let us know as soon as you know anything! And please have the foreman take pictures of my belongings when they are located. Thank you!

-Stephanie Wagner

On Mon, Aug 2, 2021, 10:11 Sam G <Sam@goldstandardrelocation.com> wrote:
> Hello Stephanie.
>
> I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of your belongings.
>
> On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>> Hi Sam,
>>
>> I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.
>>
>> -Stephanie Wagner
>>
>> On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
>>> Hello Stephanie.
>>>
>>> I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.
>>>
>>> On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>>> Hi Sam!
>>>>
>>>> It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!
>>>>
>>>> Kindly,
>>>> Stephanie Wagner
>>>>
>>>> On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>>>> Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let

us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <[Sam@goldstandardrelocation.com](mailto:Sam@goldstandardrelocation.com)> wrote:
Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--

## Samuel G

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Sam G <Sam@goldstandardrelocation.com>
**To**: Stephanie Wagner <everlatchinglove@gmail.com>
**Date Sent**: Monday, August 2, 2021 10:11:12 AM GMT-10:00
**Date Received**: Monday, August 2, 2021 10:11:25 AM GMT-10:00

---

Hello Stephanie.

I have the foreman going back to their warehouse to see if your belongings are in this warehouse. I am doing what I can from home to make sure that we find the relocation of your belongings.

On Mon, Aug 2, 2021 at 5:23 AM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Hi Sam,

I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.

-Stephanie Wagner

On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie.

I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.

On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Hi Sam!

It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!

Kindly,
Stephanie Wagner

On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



**Gold Standard Relocation**
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**

21 / 29



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Sunday, August 1, 2021 11:23:38 PM GMT-10:00
**Date Received**: Sunday, August 1, 2021 11:23:38 PM GMT-10:00

---

Hi Sam,

I am sorry to hear you have Covid, and hope you are not too sick. While you are homebound, is there anyone else from the company who can work on this in the interim? It is really important we receive answers and find out where our household belongings are. Let me know if anyone else can help us out while you are sick?! Very much looking forward to hearing updated information as soon as possible! Thank you.

-Stephanie Wagner

On Wed, Jul 28, 2021, 04:10 Sam G <Sam@goldstandardrelocation.com> wrote:
> Hello Stephanie.
>
> I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.
>
> On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>> Hi Sam!
>>
>> It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!
>>
>> Kindly,
>> Stephanie Wagner
>>
>> On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>>> Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!
>>>
>>> -Stephanie Wagner
>>>
>>> On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
>>>> Hello Stephanie
>>>>
>>>> I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.
>>>>
>>>> --
>>>> **Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
## Samuel G

**Your Relocation Specialists**
**Gold Standard Relocation**
CS: **941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
"*The New Moving Standard*"

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Sam G <Sam@goldstandardrelocation.com>
**To**: Stephanie Wagner <everlatchinglove@gmail.com>
**Date Sent**: Wednesday, July 28, 2021 4:10:28 AM GMT-10:00
**Date Received**: Wednesday, July 28, 2021 4:10:39 AM GMT-10:00

---

Hello Stephanie.

I hope you are well today. I am working on getting this update for you. I have been homebound because of a positive covid test. As soon as I get the status of what you are asking I will be reaching out to you. Thank you for your patience.

On Mon, Jul 26, 2021 at 5:26 PM Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Hi Sam!
>
> It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!
>
> Kindly,
> Stephanie Wagner
>
> On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
>> Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!
>>
>> -Stephanie Wagner
>>
>> On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
>>> Hello Stephanie
>>>
>>> I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.
>>>
>>> --
>>> **Samuel G**
>>>
>>> **Your Relocation Specialists**
>>> **Gold Standard Relocation**
>>> **CS: 941-417-4827**
>>> **www.goldstandardrelocation.com**
>>> **US DOT: 3122941  MC: 88982**



<u>**Gold Standard Relocation**</u>
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



<u>**Gold Standard Relocation**</u>
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Monday, July 26, 2021 11:26:44 AM GMT-10:00
**Date Received**: Monday, July 26, 2021 11:26:44 AM GMT-10:00

---

Hi Sam!

It's another Monday! I am just wondering if you have heard anything about my household goods in storage yet?! I am really getting concerned about why getting any answers is taking so long?! Should I be concerned about my belongings?! Is there any chance they are missing due to poor management and record keeping of the other company? I really need some answers and to know that my things are secure in storage and can stay that way for the time being! Please get back to me as soon as you know anything!  Thank you!

Kindly,
Stephanie Wagner

On Fri, Jul 23, 2021, 09:58 Stephanie Wagner <everlatchinglove@gmail.com> wrote:
> Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!
>
> -Stephanie Wagner
>
> On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
>> Hello Stephanie
>>
>> I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.
>>
>> --
>> **Samuel G**
>>
>> **Your Relocation Specialists**
>> **Gold Standard Relocation**
>> **CS: 941-417-4827**
>> **www.goldstandardrelocation.com**
>> **US DOT: 3122941  MC: 88982**
>>
>> 
>>
>> Gold Standard Relocation
>> *"The New Moving Standard"*
>>
>> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Re: Follow up
**From**: Stephanie Wagner <everlatchinglove@gmail.com>
**To**: Sam G <Sam@goldstandardrelocation.com>
**Date Sent**: Friday, July 23, 2021 9:58:36 AM GMT-10:00
**Date Received**: Friday, July 23, 2021 9:58:36 AM GMT-10:00

---

Thank you, Sam! We are eagerly waiting to hear from you and find out about my household goods in storage. Please stay on this with the other company, and please let us know when you find out anything! I am very anxious and worried and need to know that my items are in storage as they are supposed to be and they are fine. I would like pictures as soon as my storage is located!! Thank you!

-Stephanie Wagner

On Fri, Jul 23, 2021, 09:32 Sam G <Sam@goldstandardrelocation.com> wrote:
> Hello Stephanie
>
> I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.
>
>
> --
> **Samuel G**
>
> **Your Relocation Specialists**
> **Gold Standard Relocation**
> **CS: 941-417-4827**
> **www.goldstandardrelocation.com**
> **US DOT: 3122941  MC: 88982**
>
> 
>
> Gold Standard Relocation
> *"The New Moving Standard"*
>
> CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**Subject**: Follow up
**From**: Sam G <Sam@goldstandardrelocation.com>
**To**: everlatchinglove@gmail.com
**Date Sent**: Friday, July 23, 2021 9:32:30 AM GMT-10:00
**Date Received**: Friday, July 23, 2021 9:32:41 AM GMT-10:00

---

Hello Stephanie

I am reaching out to you to let you know that I have been out of the office the last 3 days shucks however I have been reaching out to your carrier. I do know that it was a holiday for them. I do not have an update as of right now but I am waiting for them to respond. I Just wanted to keep you in the loop.

--
**Samuel G**

**Your Relocation Specialists**
**Gold Standard Relocation**
**CS: 941-417-4827**
**www.goldstandardrelocation.com**
**US DOT: 3122941  MC: 88982**



Gold Standard Relocation
*"The New Moving Standard"*

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.