UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE         DATE: 6/2/2022
                                                      TIME:  11:00 AM
                                                      ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
CASE:  2:21-cv-07092-HG-JMW - Wagner v. New Era Relocation LLC et al

APPEARANCES:

    For Plaintiff:   Jeffrey A. Spinner and Susan C. Lask

    For Defendant:   Barry N. Gutterman

Court Reporter/FTR: 11:07-11:45 (video)

**THE FOLLOWING RULINGS WERE MADE:**

☒  Status Conference held regarding the two related matters, *Spinner et al. v. New Era Relocation LLC et al.*, 20-CV-6288 (HG)(JMW) and *Wagner v. New Era Relocation LLC et al.*, 21-CV-7092 (HG)(JMW). The parties advised the Court that the bankruptcy proceeding concerning Defendant New Era Relocation LLC has been marked closed with no discharge made. Accordingly, the automatic stay pursuant to 11 U.S.C. § 362 is no longer in effect. The parties discussed the best course of action on how to proceed in both matters and as a result, a Settlement Conference has been scheduled for July 5, 2022, at 9:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. The Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules § 5) and email confidential *ex-parte* settlement statements to Chambers on or before June 30, 2022. In anticipation of the Settlement Conference and for that use only, Defendants shall produce sworn statements of net worth, listing assets and liabilities, along with the most current bank statement to Plaintiff directly (not filed to ECF) on or before June 17, 2022.

**THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.**

                                                  SO ORDERED
                                                  /s/*James M. Wicks*
                                                  JAMES M. WICKS
                                                  United States Magistrate Judge