UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE    DATE: 7/05/2022
    TIME: 9:00 AM
☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
### CASE: 2:21-cv-07092-HG-JMW, Wagner v. New Era Relocation LLC et al.

APPEARANCES:

    For Plaintiff:    Susan Chana Lask

    For Defendant:    Barry N. Guttterman (For Moving Solutions LLC)

Court Reporter/FTR:    9:25-9:53 (Telephone)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held concerning cases 2:20-cv-06288-HG-JMW - Spinner v. New Era Relocation LLC et al. and 2:21-cv-07092-HG-JMW - Wagner v. New Era Relocation et al. The parties discussed the representation of Defendants New Era Relocation LLC and Mede Karimov, and the pending motion to withdraw by Attorney Krauzlis [DE 73, 74]. The Court reiterated that the deadline by which Defendants New Era Relocation LLC and Mede Karimov may oppose the motion to withdraw is on or before July 8, 2022 [see 20-cv-6288 Electronic Order, dated June 29, 2022.] Plaintiff's counsel raised an issue concerning the financial statements received by the represented Defendants but agreed to proceed with a rescheduled settlement conference with the financial statements as is and should any further assurances be needed it will be dealt with at the settlement conference.

☒ A Settlement conference has been scheduled for August 5, 2022, at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. Parties will comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5) and will email Chambers with their ex-parte settlement statements, or supplemented settlement statements if necessary, on or before July 29, 2022.

                                              SO ORDERED
                                              /s/James M. Wicks
                                              JAMES M. WICKS
                                              United States Magistrate Judge