UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHANIE WAGNER,

                Plaintiff,

v.

NEW ERA RELOCATION LLC, MOVING SOLUTIONS LLC, GOLD STANDARD RELOCATION, MEDE KARIMOV, THOMAS GALCZYNSKI, JENNIFER BLAKE, SAMMI DOE, RYAN F DOE, RELOCATE US LLC, and MARGARET BOVARD DRAYTON,

                Defendants.

**ORDER DISMISSING CASE**
21-CV-07092 (HG) (JMW)

**HECTOR GONZALEZ**, United States District Judge:

      The Court hereby dismisses with prejudice Plaintiff's claims against the remaining Defendants in this action for failure to prosecute, pursuant to Rule 41(b), as further set forth below.

      On August 31, 2022, the Court dismissed with prejudice Plaintiff's claims against the following Defendants, pursuant to Rule 41(a)(2), because those parties had reached a settlement following a conference with Magistrate Judge Wicks: Margaret Bovard Drayton; Sammie "Doe," now identified as Samuel Galluzzi; Ryan Doe, now identified as Ryan Fahnestock; Jennifer Blake; Gold Standard Relocation; Moving Solutions LLC; and Relocate US LLC. ECF No. 24.

      On August 25, 2022, the Clerk of Court entered the default, pursuant to Rule 55(a), with respect to the remaining Defendants (collectively, the "New Era Defendants"): New Era Relocation LLC; Thomas Galczynski; and Mede Karimov. ECF No. 22. The Court ordered Plaintiff to move for default judgment against the New Era Defendants on or before December

15, 2022. After Plaintiff failed to move for a default judgment by that deadline, the Court ordered Plaintiff to file her motion on or before December 30, 2022, and warned Plaintiff that her "[f]ailure to do so may result in dismissal of the action for failure to prosecute." ECF Order dated Dec. 20, 2022. Plaintiff responded by filing a "Stipulation of Dismissal," signed only by Plaintiff's counsel, stating that "it has now become clear to plaintiff[] that it is futile to file for default judgments against [the] remaining defendants as they have disappeared." ECF No. 25. Plaintiff further said that her claims against the New Era Defendants were "hereby dismissed" and requested "that this docket may be deemed closed." *Id.*

Based on Plaintiff's statement disavowing her intent to continue pursuing her claims against the New Era Defendants, the Court dismisses with prejudice Plaintiff's claims against the New Era Defendants, pursuant to Rule 41(b) for failure to prosecute. In light of the dismissal of all the remaining claims in this action, the Clerk of Court is respectfully directed to enter judgment and to close this case.

SO ORDERED.

*/s/ Hector Gonzalez*
HECTOR GONZALEZ
United States District Judge

Dated: Brooklyn, New York
December 23, 2022

2