UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
STEPHANIE WAGNER,

               Plaintiff,                                      JUDGMENT

v.                                                      21-CV-07092 (HG) (JMW)

NEW ERA RELOCATION LLC, MOVING
SOLUTIONS LLC, GOLD STANDARD
RELOCATION, MEDE KARIMOV, THOMAS
GALCZYNSKI, JENNIFER BLAKE, SAMMI DOE,
RYAN F DOE, RELOCATE US LLC, and
MARGARET BOVARD DRAYTON,

               Defendants.
------------------------------------------------------------ X

        An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on December 23, 2022, dismissing Plaintiff's claims against the remaining Defendants in this action for failure to prosecute, pursuant to Rule 41(b) with prejudice; it is

        ORDERED and ADJUDGED that Plaintiff's claims against the remaining Defendants in this action are dismissed with prejudice, for failure to prosecute, pursuant to Rule 41(b).

Dated: Brooklyn, NY                                        Brenna B. Mahoney
          December 28, 2022                            Clerk of Court

                                                           By: _/s/Jalitza Poveda_____
                                                                 Deputy Clerk